

FILED
EASTERN DISTRICT OF LA

2010 JUL -8 PM 4:07

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA    *    CRIMINAL NO. 10-182

v.    *    SECTION: "K"

TRAVIS HAYWORTH    *

   *    *    *

## O R D E R

Considering the foregoing Motion to Unseal Indictment;

**IT IS HEREBY ORDERED** that the Clerk of Court for the Eastern District of Louisiana

unseal the indictment in the above-captioned case.

New Orleans, Louisiana, this _8th_ day of July, 2010.

_____

UNITED STATES MAGISTRATE JUDGE

___Fee _____
___Process _____
x _Dktd _____
__CtRmDep _____
___Doc. No. _____