UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA        *     CRIMINAL DOCKET NO. 10-182

       v.                              *     SECTION: "K"

TRAVIS HAWORTH                  *

                                       *   *   *

**UNITED STATES BILL OF PARTICULARS
FOR FORFEITURE OF PROPERTY**

**NOW INTO COURT**, comes the United States of America by and through the undersigned Assistant United States Attorney who hereby files the following Bill of Particulars.

Through the violations of Title 21, United States Code, Section 846, as alleged in Count 1 of the Indictment pursuant to

Title 21, United States Code, Section 853, the United States seeks forfeiture of the following property, including but not limited to:

> J.P. Morgan Chase Bank, bearing Account Number: XXXX1152, in the name of Travis Haworth, in the amount of $46,525.85.

    Respectfully submitted,

    JIM LETTEN
    UNITED STATES ATTORNEY


    s/ Andre J. Lagarde
    ANDRE J. LAGARDE            (28649)
    Assistant United States Attorney
    Hale Boggs Federal Bldg.
    500 Poydras Street, Room B210
    New Orleans, LA   70130
    Telephone: (504) 680-3130
    Andre.Lagarde@usdoj.gov


## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 9, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.


    s/ Andre J. Lagarde
    ANDRE J. LAGARDE
    Assistant United States Attorney