MINUTE ENTRY
DUVAL, J.
OCTOBER 17, 2012

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 10-182** |
| **TRAVIS HAYWORTH** | **SECTION: K (3)** |

**SENTENCING**

CASE MANAGER:  SHEENA DEMAS
COURT RECORDER:  REBECCA GONZALEZ

APPEARANCES: Tracey Knight for Kevin Boitmann, AUSA
              Robert Blackburn, Attorney for Defendant
              Tracy Coleman, USPO
              Travis Hayworth,  Defendant

A sentencing was held on October 17, 2012 before Judge Stanwood R. Duval, Jr.

The defendant pled guilty on July 11, 2012, as to Count 1 of the Superseding Bill of Information.

Government's oral motion and order to dismiss all remaining underlying Counts - ORDER GRANTED.  See Judgment and Commitment for sentence imposed.

JS-10 (:09)